IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ANDRES MATA                                    §
(TDCJ No. 1297972),                            §
                                               §
          Petitioner,                          §
                                               §
V.                                             §          No. 3:15-CV-0199-D
                                               §
WILLIAM STEPHENS, Director,                    §
Texas Department of Criminal Justice,          §
Correctional Institutions Division,            §
                                               §
          Respondent.                          §

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, and having considered respondent's objections filed on June 11, 2015, the court concludes that the findings and conclusions are correct.  It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, respondent's motion and supplemental motion to dismiss are denied.

**SO ORDERED**.

July 28, 2015.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE